UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

V.                                                                                    2:23-CR-834 (CCC)

SUNIL VAID,
       Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR ASSIGNMENT OF INDIGENT COUNSEL ON APPEAL

Elena Fast, Esq., counsel for Defendant SUNIL VAID, moves to withdraw as counsel for in this matter and respectfully states:

1. On November 17, 2022 Mr. SUNIL VAID (hereinafter "Mr. VAID") hired Elena Fast, Esq. and The Fast Law Firm, P.C. (hereinafter "Law Firm") to represent him in the above-captioned matter.

2. Elena Fast, Esq. entered notice of appearance on behalf of Mr. VAID and represented Mr. Vaid through sentencing.

3. The retainer agreement does not cover an appeal on this matter for Mr. VAID. At this time, the Law Firm does not have the bandwidth to adequately represent Mr. VAID on the appeal of the above-captioned matter.

4. On October 19, 2023, Mr. VAID pleaded guilty to Count 1 of the

1

information in the above-captioned matter.

5. On July 9, 2025, Mr. VAID was sentenced to 165 months imprisonment, five years supervised release, fined $25,000, ordered to pay $320 in restitution, assessed $5,000 pursuant to the Justice for Victims of Trafficking Act and $20,000 pursuant to the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018.

6. On July 16, 2025, the Judgment was signed and entered by this honorable Court.

7. On July 23, 2025, Mr. VAID filed a Notice of Appeal with the Court.

8. Mr VAID would like to pursue his appeal *in forma pauperis* pursuant to Rule 24 of the Federal Rules of Appellate Procedure. <u>See Exhibits A and B</u>.

9. Mr. VAID respectfully requests the Court to waive the $605 filing fee, and for the assignment of indigent counsel for his appeal.

10. WHEREFORE, I respectfully request that the Court grant this motion permitting counsel leave to withdraw from the matter and for Mr. Vaid to proceed on the appeal *in forma pauperis* if the Court determines that he qualifies.

Dated: July 24, 2025
    New York, New York

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, NY 10175
Phone: 212-729-9494
Email: elena@fastlawpc.com